UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC ROJAS,<br><br>    Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Case No. 5:20-cv-07511-EJD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Eric Rojas filed the present action on October 26, 2020. Dkt. No. 1. Pursuant to General Order 56, the parties' last day to conduct a joint site inspection was March 8, 2021 and Plaintiff's last day to file a notice of need for mediation was April 19, 2021. Dkt. No. 5. Plaintiff did not file a notice of need for mediation, nor did he seek relief from the April 19 deadline.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Plaintiff is directed to file a written response to this order by **July 2, 2021** and to appear before the Court on **July 15, 2021, at 10:00 a.m.** and show cause why this action should not be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). If Plaintiff fails to file a written response by July 2, 2021, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: May 24, 2021

EDWARD J. DAVILA
United States District Judge